UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

Michael Luna, )
)
    *Peitioner*, ) C.A. No.     15-250 Erie
)
v. )
) ORDER ADOPTING THE REPORT
) AND RECOMMENDATION OF
Erie County Court of Common ) MAGISTRATE JUDGE BAXTER
Pleas, et al., )
    Respondents. )
)

The Magistrate Judge issued a Report and Recommendation in this matter, recommending that this Court summarily dismiss this case as MOOT and that a certificate of appealability be denied. After reviewing the Report and Recommendation, the record, and all other materials before the Court and finding no objection, it is hereby ordered that:

(1)    The Report and Recommendation is adopted;

(2)    Plaintiff's Complaint shall be DISMISSED on mootness grounds;

(3)    A certificate of appealability will not issue; and

(4)    The Clerk of the Court shall send copies of this Order to Plaintiff.

**IT IS SO ORDERED.**

DATED this 2nd day of May 2016.

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE